IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FIRST BANK & TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REAGOR AUTO MALL, LTD, *d/b/a* | ) |
| REAGOR-DYKES OF LEVELLAND *and* | ) |
| *d/b/a* REAGOR-DYKES IMPORTS, | ) |
| FIRSTCAPITAL BANK OF TEXAS, N.A., | ) |
| BART REAGOR, RICK DYKES, SHANE | ) |
| SMITH, SHEILA MILLER, BRAD D. | ) |
| BURGESS, *and* KENNETH L. BURGESS, | ) |
| | ) |
| Defendants. | )   Civil Action No. 5:18-CV-234-C |

## ORDER

The Court notes that the above-styled and -numbered civil action was removed from the 72nd Judicial District Court of Lubbock County, Texas, on September 21, 2018. The Court **ORDERS** Plaintiff to file an amended pleading, on or before 9:00 a.m. on October 5, 2018, that complies with the Federal Rules of Civil Procedure. Defendants shall file their answer(s) on or before 9:00 a.m. on October 12, 2018.

Plaintiff shall serve a copy of this Order on the Defendants.

SO ORDERED this 1st day of October, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE