# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

_____
Plaintiff

v.                                                          _____
                                                            Civil Action No.

_____
Defendants

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

_____

provides the following information:

     For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

     A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

|   |   |
|---|---|
| Date: | September 13 2018 |
| Signature: | /s/ Tom Kirkendall |
| Print Name: | Tom Kirkendall |
| Bar Number: | 11517300 |
| Address: | 2 Violetta Ct |
| City, State, Zip: | The Woodlands, TX 77381 |
| Telephone: | 281.364.9946 |
| Fax: | 888.582.0646 |
| E-Mail: | bigtkirk@kir.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons