UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FIRST BANK & TRUST,<br><br>    Plaintiff,<br>v.<br><br>REAGOR AUTO MALL, LTD. d/b/a<br>REAGOR-DYKES OF LEVELLAND,<br>and d/b/a REAGOR-DYKES IMPORTS,<br>FIRSTCAPITAL BANK OF TEXAS,<br>N.A., BART REAGOR, RICK DYKES,<br>SHANE SMITH, SHEILA MILLER,<br>BRAD D. BURGESS, and KENNETH L.<br>BURGESS,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§   CAUSE NO. 5:18-cv-00234-C<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANT FIRSTCAPITAL BANK OF TEXAS, N.A.'S
## MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

The Defendant, FirstCapital Bank of Texas, N.A. ("FirstCapital") files this Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the reason that Plaintiff First Bank & Trust has failed to state a claim upon which relief can be granted.  Contemporaneous with the filing of the Motion, Defendant FirstCapital also filed its brief in support.

WHEREFORE, Defendant FirstCapital Bank of Texas, N.A. requests the Court to dismiss Plaintiff First Bank & Trust's Second Amended Complaint and for other relief as the Court finds just and equitable.

Respectfully submitted,

SPROUSE SHRADER SMITH PLLC
Joel R. Hogue, State Bar No. 09809720
joel.hogue@sprouselaw.com
John Massouh, State Bar No. 24026866
john.massouh@sprouselaw.com
M. Chase Hales, State Bar No. 24083124
chase.hales@sprouselaw.com
701 S. Taylor, Suite 500 (79101)
P.O. Box 15008
Amarillo, Texas   79105
(806) 468-3300; (806) 373-3454 fax


 */s/ Joel R. Hogue*
Joel R. Hogue

**ATTORNEYS FOR DEFENDANT
FIRSTCAPITAL BANK OF TEXAS, N.A.**

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 13, 2018, I electronically filed the foregoing document with the clerk of court using the electronic filing system. The electronic filing system will send a "Notice of Electronic Filing" to the following attorney(s) of record who have consented in writing to accept this Notice as service of this document by electronic means:

Paul B. Lackey
*paul.lackey@stinson.com*
Michael P. Aigen
*michael.aigen@stinson.com*
Katy L. Hart *katy.hart@stinson.com*
STINSON LEONARD STREET LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
**ATTORNEYS FOR PLAINTIFF**
**FIRST BANK & TRUST**

Marshall M. Searcy, Jr.
*marshall.searcy@kellyhart.com*
Scott R. Wiehle
*scott.wiehle@kellyhart.com*
Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102

John C. Sims
*johnsimslaw@yahoo.com*
PO Box 10236
Lubbock, TX 79408
**ATTORNEYS FOR DEFENDANTS**
**REAGOR-DYKES II, L.L.C.,**
**REAGOR-DYKES AUTO**
**MALL I, L.L.C.**
**AND BART REAGOR**

Tom Kirkendall
*bigtkirk@kir.com*
Law Office of Tom Kirkendall
2 Violetta Ct.
The Woodlands, Texas 77381-4550
**ATTORNEYS FOR DEFENDANT**
**RICK DYKES**

Robert A. Aycock
*aaycock@lubbocklawfirm.com*
Joshua D. Frost
*jfrost@lubbocklawfirm.com*
FIELD, MANNING, STONE,
HAWTHORNE & AYCOCK, P.C.
2112 Indiana Avenue
Lubbock, Texas 79410-1499
**ATTORNEYS FOR DEFENDANT**
**SHANE SMITH**

Robert N. Nebb
*rnebb@carperlaw.com*
LAW OFFICE OF MICHAEL H. CARPER, P.C.
1102 Main Street
Lubbock, Texas 79401
**ATTORNEYS FOR DEFENDANT**
**SHEILA MILLER**

                                    */s/ Joel R. Hogue*
                                    Joel R. Hogue

1072248_1.doc/4739.363